IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **John E. Knudson,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | 08-03443-CV-W-JTM |
| **Systems Painters, Inc., Systems Painters &** ) | |
| **Drywall, LP, and Systems Painters & Drywall II** ) | |
| **LP d/db/a Systems Painters & Drywall,** ) | |
| ) | |
| **Defendants.** ) | |

# ORDER

In accordance with the United States Court of Appeals for the Eighth Circuit judgment of 03/10/2011, the opinion of 03/11/2011, and the formal mandate of 3/31/2011, it is

**ORDERED** that the Clerk of the Court **REMAND** this matter to the Circuit Court of Christian County, Missouri.

                                            */s/ John T. Maughmer*
                                        **JOHN T. MAUGHMER**
                                        **U. S. MAGISTRATE JUDGE**